858

Special Assistant Attorneys General, for New York, by Bohlinger, Superintendent of Insurance, respondent. Reported below: 305 N. Y. 258, 112 N. E. 2d 280.

No. 235. TAWES *v.* CIE. DES MESSAGERIES MARITIMES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *Cicero C. Sessions* for petitioner. *Barent Ten Eyck, Edwin Longcope* and *Samuel T. Frankel* for respondent.

No. 249. DAL SANTO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *Hayden C. Covington* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 254. IN RE LEVINE. Supreme Court of Pennsylvania, Western District. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Orville Brown* for petitioner. *Alvah M. Shumaker* for Braham, Presiding Judge, respondent.

No. 9, Misc. KEMMERER *v.* WARDEN, MICHIGAN STATE PENITENTIARY. C. A. 6th Cir. Certiorari denied.

No. 14, Misc. HELMS ET AL. *v.* UNIVERSAL ATLAS CEMENT Co. C. A. 5th Cir. Certiorari denied. *John McGlasson* for petitioners. *O. F. Jones, Jr.* for respondent.

No. 37, Misc. HAMILTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Acting*